IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| OLLA MAE SWEINNEY, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: AMD 00-27 |
| DRUG EMPORIUM, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION of Defendant Drug Emporium, Inc.'s Motion for Order Compelling Discovery, and any response thereto, it is this 5th day of April, 2000, by the United States District Court for the District of Maryland:

**ORDERED**, that the Defendant's Motion is hereby GRANTED; and it is further,

**ORDERED**, that the Plaintiffs shall file their respective discovery responses within ten (10) days of the entry of this Order.

_____
**J U D G E**, United States District
Court for the District of Maryland