IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLLA MAE SWEINNEY, et al.         *

     Plaintiffs                *

v.                                *   Civil Action No.: AMD 00-27

DRUG EMPORIUM, INC.               *

     Defendant                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion for Modification of the Scheduling Order, it is this _5th_ day of _May_, 2000, by the United States District Court for the District of Maryland:

**ORDERED**, that the Defendant's Motion is hereby granted; and it is further,

**ORDERED**, that the May 8, 2000 discovery deadline, the May 15, 2000 request for admissions deadline, and the June 5, 2000 dispositive motions deadline shall each be extended for a period of 60 days.

_____
**J U D G E**, United States District Court
for the District of Maryland