IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARRY WALTERS, et al.                     *

         Plaintiffs                      *

    v.                                     *        Civil Action No.: AMD 00-27

DRUG EMPORIUM, INC.                       *

         Defendant                       *

*    *    *    *    *    *    *    *    *    *    *    *

## MOTION TO DISMISS CLAIM OF PLAINTIFF BARRY WALTERS FOR HIS FAILURE TO COMPLY WITH COURT'S ORDER COMPELLING DISCOVERY

Defendant Drug Emporium, Inc. by and through its attorneys, Matthew T. Angotti and Neil R. Lebowitz, and pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure (hereinafter "FRCP"), hereby moves this Honorable Court to dismiss the claim of Plaintiff Barry Walters for his willful failure to comply with the Court's April 5, 2000 Order compelling his discovery responses, and, in support thereof, states as follows:

1. Defendant Drug Emporium, Inc. initially served all four Plaintiffs with its Interrogatories and Request for Production of Documents on January 14, 2000.

2. Pursuant to FRCP 33(b)(3) and 34(b), the Plaintiffs' respective discovery responses were therefore due on or before February 16, 1999.

3. However, as of April 3, 2000, the Plaintiffs still had not provided any responses to the Defendant's discovery requests.

4. Therefore, in accordance with FRCP 37(a), the Defendant filed a Motion for Order Compelling Discovery.

5/8/2000 DENIED WITHOUT PREJUDICE