IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLLA MAE SWEINNEY, et al.        *

    Plaintiffs        *

v.        *   Civil Action No.: AMD 00-27

DRUG EMPORIUM, INC.        *

    Defendant        *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF VOLUNTARY DISMISSAL**

The parties, by and through their respective counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby agree and stipulate to the dismissal of the above-captioned case WITH PREJUDICE.

Respectfully submitted,

Barry J. Diamond, Bar No.: 01568
Law Offices of Neil J. Lewis, P.A.
16 W. Read Street
Baltimore, Maryland 21201
(410) 727-7642
Attorney for the Plaintiffs

Matthew T. Angotti, Bar No. 05949

Neil R. Lebowitz, Bar No.: 25155
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201
(410) 752-1630
Attorneys for the Defendant

MICROFILMED
JUN 2 2 2000

APPROVED
[signature]
6/22/2000



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2000, a copy of the forgoing Stipulation of Voluntary Dismissal was mailed by first-class mail, postage prepaid, to Matthew T. Angotti, Esquire and Neil R. Lebowitz, Esquire, Anderson, Coe & King, LLP, 201 N. Charles Street, Suite 2000, Baltimore, Maryland 21201, Attorneys for the Defendant.

_____
Barry J. Diamond